No. 04–5617. BELL *v.* LAMARQUE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–5852. DANKS *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 04–5884. ALLEN *v.* PHILLIPS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–5942. WATSON *v.* ADAMS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–5944. WILLIAMSON *v.* GOORD, COMMISSIONER, NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES. C. A. 2d Cir. Certiorari denied.

No. 04–5958. HOTCHKISS *v.* CLAY TOWNSHIP. Ct. App. Mich. Certiorari denied.

No. 04–5961. WILLIAMS *v.* RUNNELS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–5972. JACKSON *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–5974. JAMES *v.* TENNIS. C. A. 9th Cir. Certiorari denied.

No. 04–5975. AUSTIN *v.* SUPERIOR COURT OF CALIFORNIA, SAN DIEGO COUNTY. Ct. App. Cal., 4th App. Dist., Div. 1. Certiorari denied.

No. 04–5977. MUWAKKIL *v.* VIRGINIA ET AL. (two judgments). Sup. Ct. Va. Certiorari denied.

No. 04–5979. MURRAY *v.* TOWN OF MANSURA, LOUISIANA, ET AL. Sup. Ct. La. Certiorari denied.

No. 04–5980. EDWARDS *v.* STRINGER ET AL. C. A. 10th Cir. Certiorari denied.

No. 04–5982. JONES *v.* WALKER, WARDEN. Sup. Ct. Ga. Certiorari denied.